DAVID KAUFMAN, Respondent, *v.* INVESTORS SYNDICATE, Appellant.

(Submitted December 4, 1934; decided December 31, 1934.)

*Jacob Gould Schurman, Jr., Bertram F. Willcox* and *Jonathan Edwards* for appellant.

*Emil Weitzner* and *Samuel H. Kaufman* for respondent.

Judgment reversed, with costs in all courts, and application for summary judgment denied on the authority of *Fosdick* v. *Investors Syndicate, Inc.* (266 N. Y. 130). No opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN, HUBBS, CROUCH and LOUGHRAN, JJ.